322-0460 Frederick Gibson et al. Appellants v. Cove Condominium Association and Vendor Management, Appalese Mr. Lubin, you may proceed Good afternoon, Judge, Justices. May it please the Court, Counsel, thank you very much for agreeing to hear this, it's exciting for me, normally I practice in the 1st District where we don't get oral arguments, so this is fun, thank you very much, and the Councils as well I think the issues have gotten somewhat complicated in the briefing, but I want to focus on what I think really is the simple issue that the briefing puts before the Court, which is, was there foundation for the votes, and secondly, was plaintiff prevented from getting the evidence necessary to potentially attack that foundation or potentially attack the votes And I really think that's kind of the central issue, the briefing particularly from Vendor spent a lot of time discussing some of the arguments in summary judgment that really were not argued here, the main argument that was argued here both in the, I think in the opening brief and in the reply was really just those 2 things, there may be some other issues that are floating around there, but that's really it Counsel, you also are going to need to address the motion to dismiss because we took it with the case as moot Absolutely, yeah, I absolutely will address that, I got to remind myself to do that and leave enough time to do it, but basically, bottom line is, we have a cellotex type summary judgment motion, and what that means is that sometimes some summary judgment motion say, you know, you're not going to prove your case because here are the facts and they simply, you know, they defy one of the elements of your case and that's that A cellotex motion says something else, it says you're not going to be able to produce enough evidence to get this before a judge or jury, and when there's a cellotex type motion, the issue then therefore is, is there enough evidence? So that means 2 things, it means with respect to a 191B affidavit, that all of the requirements, the typical requirements of a 191B affidavit are relaxed, and I know that this is a big issue in the briefing, the 191B affidavit, you're supposed to say, here's what Malik would have said had he been permitted to testify, and we were attacked for not being able to provide that Well, the reason we weren't able to provide that is because we have no idea what Malik would have said had he been permitted to testify, and so we couldn't very well write in an affidavit, you know, I swear that this is true, here's what Malik would have said had he been permitted to testify, we were prevented from getting that information, and in a cellotex type motion, and I cited a case in my reply, in a cellotex type motion, we don't have to say what Malik would have said had he been permitted to testify That turns 191B from a protection for plaintiffs into a weapon that defendants can use to win summary judgment, we were prevented from getting that information out of them, so what we presented in a 191B affidavit, exactly what we're required to present in a 191B affidavit in a cellotex type summary judgment motion is Here's what we were prevented from learning, and here's what we potentially could have learned, and what we potentially could have learned, by the way, is how the votes were counted, and that's critical because You were prevented from learning that because the questions were refused to be answered or instructed not to be answered in the deposition, correct? Correct And did you file a motion to compel before the trial judge with regards to those questions? Yes, I believe we did. I believe that was one of the motions that was denied along with the summary judgment Okay, go on I'll check the record during my break to make sure I'm right about that, but I think that's one of the motions that was denied along with the summary judgment was that motion to compel And so what the court found was that Malik laid the proper foundation for the votes by saying that he supervised the votes, but all that he said was that he supervised the votes When push came to shove, when we were able to ask him a couple questions before we were cut off from asking him any more questions, what he says is, I have no idea who counted the votes I know that it came to a specific email address. I don't know what happened if people asked to change their votes because I wasn't the one that counted them I simply supervised the process, and by the way, who did you supervise? I don't know, I can't answer that And then he was barred from testifying anymore Now, in any other context, when I say in any other context, I mean if the deponent wasn't an attorney, if the person laying the foundation wasn't an attorney In any other context, I think it'd be fairly clear that wouldn't be sufficient foundation, right? Foundation is a loose term I'm citing U.S. v. Penzola 648 F. 539, simply a loose term for preliminary questions designed to establish that evidence is admissible And by the way, the reason I'm citing a Seventh Circuit case instead of an Illinois case is that there isn't quite a lot of case law about what foundation is But foundation tends to be, you know, how is it that you know these documents are what you claim they are? Or how do you know that this testimony is what you're claiming it is? Normally what that would mean is I have to be able to say, well, I supervised this and this and this person And by the way, that would then allow us to say, all right, fine, can we depose those people and figure out what their policies were? Or when we ask a question like, and by the way, what was your policy for collecting the votes? What was your policy for allowing people to change votes? Those answers certainly are probative. There's no question they're probative. And if we're not allowed to even get to that, there simply is not enough foundation for the votes And the votes are not self-authenticating documents, right? The votes were not propounded by the people that actually signed the votes They were propounded by someone claiming that these were the votes All through the briefing, the statement is, well, you have the votes. They're right there. Why don't you count them? Why are you telling us that we have to count them? Why don't you count them? That's not our argument. The argument is, we don't know that those votes are the right votes We don't know that there were votes that came in afterwards We don't know that the people that signed those votes were owners as opposed to renters We don't know what system was put in place to make sure that those things were taken care of because we weren't able to ask And so in any other circumstance, for example, if Claudia Moore had counted the votes And there's a reason why I mentioned her counting the votes because that was what we were told initially, right? Of the Condo Association, he said, Claudia Moore counted the votes. She was in charge of counting the votes She was kind of sort of the billing manager But we were told she counted the votes, fine, so we could pose those questions to her And I don't think there'd be an argument in the world that we're not allowed to ask her all of the questions that we tried to ask Malik The reason that Malik was an issue is, I think, because he was an attorney He's the attorney, so therefore certain things are attorney-client But in this case, Malik wasn't the attorney. Malik was a witness He was a witness to probably the most important question that was before the court, which is Were these votes counted in an appropriate fashion? And did you, in fact, get 75 percent of the vote necessary to do a condo deconversion? We don't know the answer to that question Today, we don't know the answer to that question We don't know, did anyone attempt to change the vote? What happened when they tried to do that? We don't know the individuals or the people that counted the votes We don't know what policy was put in place to make sure that the people who were voting were I think it was more than a majority of the condos The residents in the condos were not the owners, they were renters In some cases, it was an LLC that owned Do we know that the person that voted was a proper representative of the LLC? We don't know any of those answers because we were prevented from getting that information And of course, if Claudia Moore was the one that actually had counted the votes, as we were told initially by the defendants 100 percent, we would have been allowed to get that information I don't think there's an argument in the world And certainly no argument that was made by the appellees in this case That we wouldn't have been entitled to that information if it was Claudia Moore The only reason that we weren't able to get that information is because, oh, what do you know? The witness is an attorney But there's no privilege in this one The witness is a witness And he should have been allowed to testify about all those things And the fact that he couldn't testify about all those things means that there wasn't any foundation laid And if he can't say who counted it, all he can say is that I supervised it We don't even know that And the court accepted, of course, that the votes were counted properly Because Malik, who's an attorney, laid the foundation by saying I supervised With respect to the trial court, that's not sufficient foundation to admit that evidence And by the way, if that's not sufficient foundation to admit that evidence Then we don't have evidence that 75 percent of the people voted X, Y, or Z And so therefore, summary judges should not have been granted Okay, so I'll turn for a second Unless there are any questions about that I think it's a relatively straightforward issue For better or for worse I'll turn to the motion to dismiss Okay, so after summary judgment was entered The owners were told, you know, now's the time to sign The sale's going to go through anyway The court said that's happening And so the sale's going to go through anyway Whether you like it or not Whether you sign or not If you want your money, sign And that's what they did And we have an affidavit that says exactly that And that affidavit, I don't think, was refuted I mean, I realize it was in a reply And so maybe it couldn't have been refuted But if information was otherwise I think it would have been both in the motion to dismiss Or in the two responses And it wasn't So I think that's more or less what happened And it makes sense I mean, that's not a goofy story That makes sense They were told, sign or else You know, the court said that they were going to lose their condos And the vendor nominees said sign or else Why do I call it the vendor nominees? Really simple The document, the contract that was entered into Required whoever purchased the property To either be vendor Or be someone who has the same You know, one of the same principles as vendor And that's exactly what happened here, by the way The company Medina, which purchased the condominium association Was created for the purpose of purchasing the condominium association It was created for the purpose of being something other than vendor But in order to purchase the condominium association According to the contract that the court approved It had to be a nominee of vendor If it was not a nominee of vendor Then it wouldn't have been permitted to make the purchase And so, you know, I don't think that argument Really even gets off the ground It's right as one If it wasn't a nominee of vendor It doesn't apply with the contract If it is a nominee of vendor Then the case isn't moot The vendor is still the party, essentially, through Medina So I don't know that that argument gets off the ground Turning to a couple And by the way, if there's any questions about that I'll entertain them before I go and move on Now, hearing nothing This is so awkward, by the way, the Zoom thing I really like human beings It's nice to be in the same room with them I just see a bunch of boxes with hesdinim What I wanted to turn to Is a couple of the other arguments Mostly in the vendor response You know, I think one of the arguments that they claim Well, one argument that they claim And I want to get it out of the way Is in terms of the 341 argument Where they claim that we should be paying sanctions Because all these statements were made That were inadmissible and whatnot They weren't relied on And I think you heard a second ago My argument now is fairly straightforward It has to do with the foundation for the votes It doesn't have to do with We had 18 some odd clients That each had individual issues That all made their way into affidavits Most of those things weren't really argued Even in summary judgments And none of them were argued on appeal Really other than the issue of the votes And the foundation for the votes So that one I think is a non-starter What's in front of the court Up or down If the court likes my argument or not But what's in front of the court I think is a fairly discrete question And not the various questions That were being referred to and refuted In the Bender argument The other Bender argument The other biggie Was that this isn't a proper derivative action And it's not It's not a derivative action, right? These people's homes Were being taken away from them As a result of this process And so they sued on their own behalf In order to protect their homes From being taken away from them As a result of this process It's 100% not a derivative action And so whether it's a proper derivative action I think is kind of beside the point Each was suing in their own capacity Now, what is true Is that if they win their lawsuit If we win this appeal And it goes back down And we're able to muster the evidence If we win this lawsuit Then the sale will be reversed And that will affect the rights of everybody That's definitely true But that doesn't make it a derivative lawsuit, right? The lawsuit is really about their rights In their own personal properties Rather than their own real properties So it's not derivative at all And by the way, for that very reason Since everyone's rights will be affected Is that a yellow light? Okay That's a yellow light Thank you For that very reason Bender is a necessary party Because everyone's rights will be affected Including Bender's Bender spent a lot of time saying We didn't do anything wrong For the purposes of appeal That's fine I agree But in as much as People's rights and property are being affected here Including Bender's They absolutely are a necessary party They deserve to have a seat at the table I mean, I think they deserve to lose But they deserve to have a seat at the table So the argument is either one or the other We don't deserve to have a seat at the table And therefore we're not a necessary party Or we do deserve to have a seat at the table And by the way, they spend a lot of time Arguing about all their rights Which they should But in that case, they're a necessary party So that's why they're here I don't think there's anything wrong with that And the fact that we don't claim fault in them Doesn't mean that there's some deficiency In our appeal or in our summary judgment argument Counsel, did I hear you correctly That the individuals, the plaintiffs Have all signed the contract And received compensation for the condos? I believe that is the case That's what was alleged by Bender I was not able to find anything to the contrary So I believe that is the case So then how have they not forfeited their rights? They were forced to do that I mean, if you put a gun to my head And say give me all your money I don't forfeit my right to ask you for it back They were forced to do that Because of the summary judgment motion Going not their way, going Bender's way And going the way of the condominium association And they were told essentially Sign or you don't get your money We're going to take your apartment But you're not going to get your money That's not a real choice So respectfully, I don't think they made a choice I think they did what they had to do So if they signed You're trying to say they would get nothing? That is what they were told I don't know whether that's correct It doesn't make sense to me That's what they were told And that's why they signed I have the affidavit that says that And you know, if I had been part of that process I don't know what advice I would have given Thankfully I wasn't part of that process And so I didn't have to give advice But that's what I was told That's what was put in the affidavit And for what it's worth There hasn't been any evidence to the contrary I see my time is up If there are any other questions I'll take them Otherwise I'll be quiet Any questions from the bench? None for me Thank you very much You'll have time in reply Thank you Okay Ms. Forte You may respond May it please the court Monica Forte On behalf of Bender Management As we have argued This court lacks jurisdiction to hear this appeal As Mr. Lubin just acknowledged As we have set forth at length Each one of the plaintiffs has relinquished Any ownership interest that they did have Or claim to have In any of the units of the association For all intents and purposes The association doesn't exist And the unit owners are no longer members Of the association And while Mr. Lubin continues to argue That this is not a derivative claim The gravamen of what they are seeking Can only be described as derivative in nature Because it does impact every member Or former member in this case Of the association And because these unit owners Have transferred their rights in the units There is no association They have no association rights There is no actual controversy That still exists for this court to adjudicate We therefore ask that the matter be dismissed For that basis Now the association also filed a Rule 305 motion To dismiss Because of, again, the sale of these units Council argues that Bender Management That Medina Terrace is somehow a nominee Of Bender Management That's not correct As established by the information we've provided Bender Management has no ownership interest In Medina Terrace They're conflating Mr. Bender, Kurt Bender With Bender Management And they are separate As the Limited Liability Company Act prescribes They are two separate entities Bender Management has no ownership interest In Medina Terrace But Mr. Bender has an indirect financial interest In the entity that ultimately bought these units So it is our position that Rule 305 Applies to this matter as well And because there's no tangible remedy That this court can give any longer Because the units have been transferred To a third party The appeal should be dismissed For that basis as well With respect to the underlying judgment As this court has Council, I need to ask you about that Because it's your burden to prove That they're separate entities And that there's no common ownership And they have the same address They have the same registered agent There's a lot of similarity Between the two entities Well, that may be But as I stated We've provided an affidavit There's been no counter affidavit And we have established that Bender Management has no ownership interest In Medina Terrace We set forth who the members of Medina Terrace are And it is not Bender Management And we've also provided affidavit testimony That it doesn't have some lower level interest In the purchasing entity either Did you provide the information With regards to the principles of Bender Management? I'm sorry, I didn't hear that question Did you provide an affidavit With regards to the principles of Bender Management? There's only one And that is Kurt Bender So, yes, that's That was supplied in our supplemental record With respect to the summary judgment piece As the court is aware You do not need to rely on the reasoning That the trial court provided For purposes of granting summary judgment Or affirming that judgment Here, the court can affirm on any basis That was presented to the lower court And we did provide other bases For the summary judgment That was granted in favor of Bender Management Apart from solely focusing on this vote count Which again, plaintiffs are trying to argue That it is an individual claim But vote count on a sale vote Can only impact the entire association So it's a derivative action And again, they didn't establish their standing To either assert the derivative action On behalf of the entire association Or to bring individual claims For their own rights This argument wasn't really fully addressed Either in the trial court By plaintiffs or on appeal We do think that summary judgment Would have been proper For the reasons the court gave And for the numerous reasons set forth In the briefs in the lower court In fact, the motion to compel Mr. Malik's continued deposition Was brought by plaintiffs After plaintiffs had filed their response To the motions for summary judgment Discovery had closed at that point And the court had addressed that issue as well So it wasn't a matter of not allowing These plaintiffs an ability to depose Anyone and everyone they wanted to Discovery, in fact, had been extended A few times for them to do it They've been given ample opportunity to do so And the court just found that They'd waited too long on the one hand And their 191B affidavit was insufficient On the other hand We also argued that Vendor management would have been entitled To judgment on the pleadings Because again, the relief sought Is declaratory Vendor management is not a necessary party To this action And if all they're seeking Is declaratory judgment They're seeking a remedy for past actions Not future behavior Everything that they complain about Occurred prior to the sale vote So they were aware of the Constitution of the board Before the sale vote They were aware of the sale vote About to occur before the sale vote And they were aware that they were Allegedly pressured before the sale vote And yet they filed nothing That would have been the moment If any, or the appropriate moment To bring a declaratory judgment action But that's not what they did They waited until afterward And then brought such an action We also asked that The appeal be dismissed with respect To vendor management under Rule 341 Because as you may note In plaintiff's opening brief They make effectively no argument With respect to vendor management In fact, in the lower court Council admitted that the only reason Vendor management was sued Was to put it on notice That's not an appropriate reason to File suit in the first instance And it's certainly not an appropriate reason To bring us along for the ride on appeal Which brings me to our final request Which is for 375 sanctions Vendor management has expended A lot of fees and time With respect to this appeal And plaintiffs admit that they don't have Any real claim against vendor management Vendor management does not own Any of the units It's not its nominee That owns the units So there is no reason for vendor management To have been sued in the first instance And there's certainly no reason for them To be brought in on this appeal And we would ask for an opportunity To file an appropriate fee petition After this argument Thank you Questions from the bench? None Okay Mr. Mitchell You may respond May it please the court Thank you, your honor My name is Nick Mitchell I represent the Co-Condominium Association Also known as Medina Terrace Condo Association I think Ms. Forte Has already addressed the Motion to dismiss I would add, however That even beyond a procedural motion To dismiss I think Substantively speaking The plaintiffs just simply lack any standing To assert any claims Related to the association Since they are no longer members of the association If you If you were to consider What would happen if this court Were to reverse the trial court's ruling I'm not sure what release Or remedy could be made available To the plaintiffs That would restore them into any position That they were before they filed this action Since they have all sold their units Since then The proper procedure would have been to file a motion To stay the enforcement of that order Instead of just Giving a cash transaction for the property And then conveying it to somebody else There's no way to Provide a remedy that would actually adequately Address their claims With respect to the Substantive issues that The appellant has addressed With respect to the condo association's claims It sounds like there's really two Primary issues One is the trial court's denial of A motion for an extension of time To respond to the summary judgment Pursuant to the rule 191B Affidavit that was submitted The court Acknowledged in its ruling That the 191B affidavit Was woefully insufficient I think that was the exact language from the order From the transcript The plaintiffs acknowledge In their appellant brief That it does not meet the Satisfaction of 191B's Requirement. They don't indicate What information they expect to obtain Why they can't Get it from other sources Or what other efforts they've taken to try to obtain it For instance To the extent that Counsel or plaintiffs have concerns Over the votes that were submitted Or the methodology that was used to submit the vote They could have contacted each Individual unit owner at the association To ask them, is this your vote? Did you submit this to the association? How did you submit this to the association? Is it consistent with how you wanted to Vote for this particular sale? They didn't do that. They took a total Of three depositions only Over the course of more than a year Two of them were for two Board members and the third was of Omar Malik who is an attorney Representing the association I think this is a good time to Discuss the Malik deposition since That is another aspect of Their appeal. The court Asked the, I'm sorry, the plaintiffs Asked the courts to reverse the trial Court's decision on the basis that Mr. Malik Apparently did not have Accurate testimony during his affidavit On the purported basis that It was contrary to what he said during His deposition. We need to Provide some context to how that deposition Was conducted. Mr. Malik Was not a party to the lawsuits. He Was an attorney representing the association The association received a Notice of deposition, not a subpoena But a notice of deposition for Mr. Malik's deposition. The Association's counsel concerned with Potential privilege issues reached Out to plaintiff's counsel immediately And inquired as to the purpose Of the deposition and objected to The potential scope. The association's Counsel reached an agreement With plaintiff's counsel that we would only Present Mr. Malik if we Agreed on the scope of the discovery And the agreed-upon scope pursuant to plaintiff's Counsel was Mr. Malik was To be asked questions about The meetings that took place to discuss the Section 15 sale and his Service as an emcee of these meetings Based upon that agreement Mr. Malik voluntarily Attended his deposition. During Was there, was there written Discovery that occurred prior to that And was Mr. Malik Disclosed as a witness? There was written discovery Issued and disclosed between the parties As to whether Mr. Malik was identified As a witness, I don't believe so I don't, I don't know that he would have been a Witness until, because this Is part of the problem with the suit really in General. The underlying complaint that the issue Was very bare bones. There's only a handful Of vague allegations and the only one Pertinent for this issue was This notion that the ballots were not Tabulated with the appropriate weighted Percentages. Each owner at the Association has an ownership interest And the allegation in the complaint was That when they tabulated these votes They didn't use the proper weighted percentages Therefore there was no Reason to believe that there would ever be A need to have Mr. Malik Disclosed as a witness. The ballots And the proxies are what they are The allocations and the spreadsheets Are what they are. But it was Your, your, it was the It was your client's decision To use an affidavit Signed by him in support Of the motion for summary judgment. So In order to obtain the Summary judgment, you used Him as a witness. And that Is something that is clearly foreseeable Because how You were trying to prove Your case. If you didn't plan To use him as a witness, you didn't need To attach him to your motion for Summary judgment. So we Only used him as part of our response To the motion, I'm sorry, in our reply Because in the response to the motion for Summary judgment, there were arguments made For the first time that were challenging The methodology of how the votes were Cast. So it was no longer about the Weighted percentage, it was now Challenging whether they were Sent to the correct person, how Who the people were that were actually receiving The votes, there was a dispute Or they tried to insert a dispute as to The veracity of the documents Themselves. So only at that point When we were confronted with these new arguments That were not at all alleged in the complaint Did we come up with a response To it and a reply brief. And, you know, earlier there was A question as to whether counsel could Have got this information from elsewhere And the answer is that they absolutely could Have. But there was And we set a foundation for these Documents, not just through Mr. Malik. We Submitted five affidavits in total That authenticated these ballots And proxies that were cast and used In the tabulation. There were four Board member affidavits in addition To Mr. Malik. So we And those other four board member affidavits And Mr. Malik's affidavits were never Refuted with a contrary affidavit. So with those being deemed Admitted, the trial court had immense Discretion at that point to determine That there was a proper authentication Made for these documents. And moreover We didn't really even need the documents To Ms. Forte's point, Your honors can Confirm or affirm the judgment At the trial court level for any reason. There were A number of different ways that the Association established a foundation For these exhibits. It wasn't just the documents Themselves. In fact, just the testimony And the affidavits saying the board Members all confirmed that 75% of the owners voted in favor That would be sufficient. We wouldn't even need The documents. We wouldn't even need those ballots And proxies to be in the evidence. We have affidavits saying that we did the Tabulation, it's over 75%, And unless they present some evidence To refute that or a contrary Affidavit, then it's deemed Admitted. And so that was another reason the Trial court could have properly determined That we were entitled to summary judgment. Mr. Mitchell, did those affidavits Explain how they came to those conclusions Or did it simply state that The tabulations were done, they were done Incorrectly and this was the outcome? It doesn't get into too much Detail in the terms of the methodology As to how the tabulation took place. It was just that we've received Here are the ballots and proxies that we received As an Association in Connection with the Section 15 votes. After our tabulation, we Determined that more than 75% of the owners voted In favor. Thank you. Any Further questions? Mr. Mitchell? None. Okay, very good. Mr. Lubin, you may Reply. I think You just heard it. Respectfully, I think you just heard it. The first that We became aware, when I say we, I mean The plaintiffs in this case, became aware of the fact That the tabulation was done Under Mr. Malik I called him Malik before, I apologize. Under Mr. Malik Was at that deposition We didn't know how, and by the way One of the claims in the complaint was that The tabulation wasn't done appropriately And there the focus was that The proper weight wasn't given to each Unit owner, given the percentage Ownership of each unit I'm sorry, the percentage of the, I think Had to do with the size of the unit But in order to get to that, in order to Lay the foundation even for that, you would need To show the votes, and so what we found During the case was, you know, oh It's Claudia Moore that did the votes, alright Well, what do you know, it's not Claudia Moore that did the votes It's Malik, and by the way, you don't get to learn Anything more about Malik, and so They want to have it both ways, right They played hide the football with respect to who counted the votes And then once it finally comes up It's on its attorney-client, the guy's an attorney How could he possibly be, how could he possibly testify As to anything, well if he's a witness, he isn't The attorney, he's a witness, and he was A witness, you know how I know he's a witness? There was an affidavit that he signed In which he stated, I was the one That oversaw the votes, and it was that affidavit It was based on that affidavit that the trial Court found, that they win summary judgment Because obviously the votes were done appropriately This attorney said so That's not foundation, and we certainly should have been Given an opportunity to delve into With Bender Whether the votes were counted properly How they were counted, and all the other things that I've discussed Bender as well, by the way Wants to have it both ways You know, it's sanctionable How could we possibly be part of this? We didn't do anything But at the same time, it's a nominee of theirs That took over the property And by the way, I'll quote the language Counsel had said that it's not a nominee Of theirs at all Kurt Bender only has an indirect economic interest I believe that's a quote Well, the contract says That Bender's interest may only be assigned By buyer to a title-holding entity In which the buyer or its principals are A member, shareholder, or partner Or otherwise hold a direct economic interest In which the event Assignee, any one of those Shall assume all of the obligations Of buyer under the agreement In other words, the buyer is a nominee And steps into the shoes of Bender Kurt Bender has a direct economic interest He has to, otherwise they're a violation of the contract And certainly no one has come here today And said to your honors Well, it's okay because Kurt Bender's In direct violation of the contract He either is or he isn't He has a direct economic interest And Bender, by the way Meaning the party, not Kurt Bender Bender must have a direct economic interest Because it was conveyed this property Apparently transferred over Well, no, they didn't do it that way They created a new LLC and that LLC took ownership Of the interest that Bender had But the contract is with Bender So of course they're a party here And if they want us to add Medina properties, fine We can do that, I suppose But when the lawsuit was filed, it didn't exist It was perfectly normal and rational To sue Bender The appeal was taken from the complaint In which Bender was a party And Bender remains a party with a direct economic interest And if they don't have a direct economic interest The contract wasn't followed I don't have any more to say I'm happy to entertain questions I realize I do have more time But I don't feel the need to speak What did you file for a stay? Oh, simple In order to file for a stay They'd have to put up a bond They can't afford it, there's no way And if you're successful And this is Remanded and the trial court changes Its decision How do we undo this? Are your clients ready to pay the money back? What is the status of the property? Sure, a number of possible ways The individual unit owners Could be given their units That's one possibility And other possibilities at the sale They'd have to give the money back I assume they would have to do that Yes, I assume they would have to do that And they were given the money If they can't pay the money back No, I don't think they get their units back I think that's true That's all I had Okay, thank you Any other questions? No? Okay, well, very good Thank you, counsel, all for your arguments In this matter this afternoon It will be taken under advisement And a written disposition Shall issue At this time, the clerk of our court Will escort you out of our remote courtroom